UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
(JACKSON DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CODY M. CHILDRESS, <br><br> Relator, <br><br> v. <br><br> SOUTHERNCARE, INC. <br><br> Defendant. | Civil Action No. 3:10-cv-00662-TSL |

**DEFENDANT SOUTHERNCARE INC.'S MOTION TO DISMISS RELATOR'S COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)**

Defendant SouthernCare, Inc. ("SouthernCare" or "Defendant") hereby files its Motion to Dismiss Relator's Complaint Under Federal Rule of Civil Procedure 12(b)(5) ("Defendant's Motion to Dismiss"). As discussed more fully in the Memorandum in Support, filed contemporaneously herewith, Relator failed to serve a summons on Defendant, per the instructions in Fed. R. Civ. P. 4(c), and in so doing also failed to timely serve the Summons and Complaint within the 120 days deadline set forth in Fed. R. Civ. P. 4(m). Due to Relator's failure to serve the summons and effect process, Relator's Complaint is subject to dismissal pursuant to Fed. R. Civ. P. 12(b)(5) for ineffective service of process. For these reasons, SouthernCare respectfully requests that its Motion to Dismiss be GRANTED, that the Court enter an Order in the form attached hereto as Exhibit "A", and that the Court award SouthernCare attorneys fees and costs associated with this Motion to Dismiss.

Respectfully submitted this May 24, 2012.

- 2 -

        s/ Stuart B. Harmon
        Stuart B. Harmon (MB: 9553)
        Andrew J. Stubbs (MB: 103280)
        *Attorneys for Defendant,*
        *Southern Care, Inc.*

OF COUNSEL:

Heidelberg Harmon PLLC
795 Woodlands Parkway
Suite 220
Ridgeland, MS 39157
Phone:  (601) 351-3331
Fax:  601-956-2090


Rebekah N. Plowman (GA Bar No. 531044)
Kristen Pollock McDonald (GA Bar No. 388558)
R. Ross Burris, III (GA Bar No. 097433)
Nelson Mullins Riley & Scarborough, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Phone: (404) 322-6000
Fax: (404) 322-6050
*Attorneys for Defendant,*
*Southern Care, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### (JACKSON DIVISION)

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CODY M. CHILDRESS, <br><br>　　　　　　Relator, <br><br>　　v. <br><br>SOUTHERNCARE, INC. <br><br>　　　　　　Defendant. | ) ) ) ) ) Civil Action No. 3:10-cv-00662-TSL ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

　　I hereby certify that on May 24, 2012, a copy of the foregoing DEFENDANT SOUTHERNCARE INC.'S MOTION TO DISMISS RELATOR'S COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5) was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

　　　　Michael S. MacInnis
　　　　Rawlings & Macinnis, P.A.
　　　　P.O. Box 1789
　　　　Madison, MS 39130
　　　　tamreeves@bellsouth.net

　　　　Alfred B. Jernigan, Jr.
　　　　Edward O. Pearson
　　　　U.S. Attorney's Office
　　　　501 East Court Street
　　　　Suite 4.430
　　　　Jackson, MS 39201
　　　　al.jernigan@usdoj.gov
　　　　eddie.pearson@usdoj.gov

　　　　Rebekah N. Plowman (GA Bar No. 531044)
　　　　Kristen Pollock McDonald (GA Bar No. 388558)
　　　　R. Ross Burris, III (GA Bar No. 097433)
　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　Atlantic Station

- 2 -

201 17th Street, NW, Suite 1700
Atlanta, GA 30363

        s/ Stuart B. Harmon
        Stuart B. Harmon (MB: 9553)
        Andrew J. Stubbs (MB: 103280)
        *sharmon@heidelbergharmon.com*
        *astubbs@heidelbergharmon.com*

- 2 -